**Roderick WARREN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62947.**

Missouri Court of Appeals,
Western District.

Oct. 26, 2004.

Susan L. Hogan, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Jefferson City, MO, for respondent.

Before: ULRICH, P.J.,
LOWENSTEIN and SMITH, JJ.

### *ORDER*

PER CURIAM.

This is an appeal from the denial, without an evidentiary hearing, of appellant's motion for Rule 29.15 relief. Affirmed. Rule 84.16(b).